| | | |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>CIVIL MINUTES - GENERAL | JS-6 |

| Case No. | **CV 22-2057-DMG (AGRx)** | Date | December 1, 2022 |
|---|---|---|---|

| Title | *Antonio Fernandez v. Shoye Iwo, et al.* |
|---|---|

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings:  IN CHAMBERS - ORDER DISMISSING ACTION**

    In light of Plaintiff's Notice of Voluntary Dismissal filed on December 1, 2022 [Doc. # 67], the Court hereby **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41(a). Plaintiff's Application for Default Judgment by Court Against Shoye S. Iwo, Marsha M. Iwo and Wasim Samaan Dandouch [Doc. # 55] is DENEID as moot.

IT IS SO ORDERED.